1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9

ESTAQUIO VIRRUETA,

Case No.  1:14-cv-02036-SKO

10

            Plaintiff,

**ORDER THAT CLERK OF COURT
ADMINISTRATIVELY CLOSE CASE
PURSUANT TO VOLUNTARY
DISMISSAL**

11

   v.

12
13

KELLER FORD LINCOLN, INC.,

14

            Defendants.

_____/

15
16
17

     On April 24, 2015, Plaintiff American General Life Insurance Company filed a notice of

18

voluntary dismissal under Rule 41.  (Doc. 25.)  Based on the Stipulation of counsel, the case is

19

dismissed with prejudice, each party to bear its own attorney fees and costs.

20

     This action has terminated with prejudice by operation of law without further order from

21

the Court.  The Clerk of Court is DIRECTED to administratively close this case.

22
23

IT IS SO ORDERED.

24

   Dated:   **April 24, 2015**                 **/s/ Sheila K. Oberto**

UNITED STATES MAGISTRATE JUDGE

25
26
27
28